9

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 2 6 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ELEAZAR MENDOZA-OLVERA | § | CASE No. B-96-126 |
| | § | |
| vs. | § | |
| | § | |
| JANET RENO, et al, | § | |

# ORDER

Upon consideration of the Unopposed Motion to Dismiss, the Court finds that the motion should be GRANTED. It is therefore,

ORDERED that the above-styled and numbered case be and is hereby dismissed.

DONE this  26  day of  October , 1999 at Brownsville, Texas.

_____
Hilda G. Tagle
UNITED STATES DISTRICT JUDGE

3